```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/4/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FRANKIE MONEGRO,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :         20-CV-6792 (JPC)
        -v-                                                            :
                                                                       :         ORDER
SAZERAC BRANDS, LLC,                                                   :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 13, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case and a proposed case management plan and scheduling order by December 1, 2020.  (Dkt. 9.)  The parties failed to submit this letter to the Court.  By December 7, 2020, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 9 and a proposed case management plan and scheduling order or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 13, 2020.

      SO ORDERED.

Dated: December 4, 2020
       New York, New York
                                                   JOHN P. CRONAN
                                          United States District Judge